# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY D. BROWN, | |
| Plaintiff, | CIVIL ACTION NO. 3:24-cv-01379 |
| v. | (SAPORITO, J.) |
| BOROUGH OF HARVEYS LAKE, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 15th day of September, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Harvey Lake Defendants' motion to dismiss (Doc. 28) is **GRANTED**;

2. Defendant Santayana's motion to dismiss (Doc. 30) is **GRANTED**;

3. The plaintiff's § 1983 civil conspiracy claim, set forth in Count III of the second amended complaint, his § 1983 Fourteenth Amendment due process claim, set forth in Count IV, and his § 1983 Fourteenth Amendment substantive due process claim, set forth in Count V, are **DISMISSED** for failure to state a claim upon which relief can be granted;

4. The plaintiff may file and serve a third amended complaint **within fourteen (14) days** after entry of this order; and

5. In the absence of a timely filed third amended complaint,

    a. The clerk is directed to **TERMINATE** defendants **Borough of Harveys Lake**, **Michael Rush**, and **Manuel Santayana** as parties to this action; and

    b. The remaining defendants—**Charles P. Musial** and **Greg Johnson, Jr.**—shall file and serve their answer(s) to the second amended complaint **within fourteen (14) days** after expiration of the .

_____
JOSEPH F. SAPORITO, JR.
United States District Judge
